NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000046
10-JAN-2019
08:29 AM

NO. CAAP-18-0000046

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CRAIG A. GOMES,
Claimant-Appellant/Appellant,
v.
HAWAIIAN ELECTRIC CO., INC.,
Employer-Appellee/Appellee,
and
ADMINISTRATOR, DISABILITY COMPENSATION
DIVISION, and DIRECTOR, DEPARTMENT
OF LABOR AND INDUSTRIAL RELATIONS
APPEALS BOARD,
Appellees-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 17-1-1327)


ORDER OF CORRECTION
(By: Ginoza, Chief Judge, for the court[1])

IT IS HEREBY ORDERED that the "Order Denying December 17, 2018 HRAP Rule 40 Motion for Reconsideration of December 6, 2018 Order Dismissing Appeal for Lack of Appellate Jurisdiction And Denying December 24, 2018 Amended HRAP Rule 40 Motion for Reconsideration of December 6, 2018 Order Dismissing Appeal for

---

[1] Ginoza, Chief Judge, Fujise and Leonard, JJ.

Lack of Appellate Jurisdiction," filed on January 7, 2019, is hereby corrected as follows:

1.   Insert a header to each page of the order so that it reads as:

**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, January 10, 2019.

FOR THE COURT:

Chief Judge